## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP -9 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-00652-ZLW

WILLIAM C. GILMORE,

    Plaintiff,

v.

ARAPAHOE COUNTY,
JUDGE JAMES F. MACRUM, JR.,
ARAPAHOE COUNTY SHERRIFF [sic], and
ARAPAHOE COUNTY DIST. ATTORNEY,

    Defendants.

---

### MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on the Motion for Default Judgment that Plaintiff filed in the instant action on September 7, 2005, requesting that the Court enter a default judgment, because Defendants have failed to plead or otherwise defend as provided under Rule 55(a).

    The Court dismissed the instant action on September 7, 2005, on the merits. Therefore, the Court will not consider the Motion for Default, as it is inappropriate.

Dated: September 9, 2005

---

Copies of this Minute Order mailed on September 9, 2005, to the following:

William Gilmore
Prisoner No. 63549
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

_____
Secretary/Deputy Clerk